1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile:   (619) 687-2666
michelle_betancourt@fd.org

6 Attorneys for Mr. Ramirez-Quebedo

8                    UNITED STATES DISTRICT COURT

9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,       )   Case No. 08MJ2465
                                     )
12 |         Plaintiff,               )
                                     )
13 | v.                               )
                                     )   **NOTICE OF APPEARANCE**
14 | **SALVADOR RAMIREZ-QUEBEDO**     )
                                     )
15 |         Defendant.               )
                                     )

            Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

                                         Respectfully submitted,

Dated: August 13, 2008                    s/ *Michelle Betancourt*
                                         **MICHELLE BETANCOURT**
                                         Federal Defenders of San Diego, Inc.
                                         Attorneys for Defendant
                                         michelle_betancourt@fd.org

1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:   (619) 687-2666
   michelle_betancourt@fd.org
5

6  Attorneys for Mr. Ramirez-Quebedo

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 UNITED STATES OF AMERICA, | ) | Case No. 08mj2465 |
|---|---|---|
| 12        Plaintiff, | ) | |
| 13 v. | ) | PROOF OF SERVICE |
| 14 **SALVADOR RAMIREZ-QUEBEDO**, | ) | |
| 15        Defendant. | ) | |

16

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

18 best of her information and belief, and that a copy of the foregoing document has been served via

19 CM/ECF this day upon:

20        Assistant United States Attorney
          efile.dkt.gc1@usdoj.gov;
21

22 Dated: August 13, 2008            *s/ Michelle Betancourt*
                                    MICHELLE BETANCOURT
23                                  Federal Defenders
                                    225 Broadway, Suite 900
24                                  San Diego, CA 92101-5030
                                    (619) 234-8467  (tel)
25                                  (619) 687-2666  (fax)
                                    e-mail: michelle_betancourt@fd.org
26

27

28