FILED
AUG 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 08mj2465AJB |
|---|---|
| Plaintiff, | ORDER TO SUBMIT TO IDENTIFICATION PROCEDURES INCLUDING A HAIRCUT, VOICE EXEMPLARS, AND A LINEUP |
| v. | |
| SALVADOR RAMIREZ-QUEBEDO, | |
| aka | |
| LUIS ENRIQUE QUEVEDO-RAMIREZ, | |
| Defendant. | |

I. FINDINGS

The United States has moved this Court for an Order compelling the Defendant to submit to a haircut, give voice exemplars, and appear in an identification lineup.

This Court finds that the Defendant has no Fifth Amendment right against being compelled to submit to an identification procedure. United States v. Lumitap, 111 F.3d 81, 84 (9th Cir. 1995) ("It is well-settled that a defendant may be compelled to submit to some form of identification procedure."). This Court further finds that the defendant has no Fifth Amendment right

1  against being compelled to give voice exemplars or display or
2  alter his physical appearance for identification purposes, because
3  the sound of his voice, and his physical appearance, are non-
4  testimonial. United States v. Wade, 388 U.S. 218, 220-23 (1967);
5  United States. v. Valenzuela, 722 F.2d 1431, 1433 (9th Cir.
6  1983).

**ORDER**

IT IS HEREBY ORDERED that the Defendant appear in an identification lineup at 9 a.m. on August 20, 1008.

IT IS FURTHER ORDERED that defense counsel appear at 9 a.m. in the lobby of the San Diego County Jail at 1173 Front St. to observe the lineup.

~~IT IS FURTHER ORDERED that the Defendant submit to a haircut~~.

IT IS FURTHER ORDERED that the Defendant submit to wearing attire specified by law enforcement authorities for purposes of the lineup.

IT IS FURTHER ORDERED that the Defendant provide voice exemplars as part of the lineup.

IT IS SO ORDERED.

DATED: 8/18/08

HONORABLE ANTHONY J. BATTAGLIA
United States Magistrate Judge

Prepared by:

/s/ Caleb Mason
CALEB MASON
Assistant United States Attorney

cc: Michelle Bettancourt, Federal Defenders of San Diego

2