# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.   QUEVEDO-RAMIREZ          [1]      08MJ2465-AJB

The Honorable:   ANTHONY J. BATTAGLIA

Atty   MICHELLE BETANCOURT, FD        for   [1]   -   PDA
Atty   _____ for   []    -
Atty   _____ for   []    -

AJB08-1: 1404-1413
Ausa: Caleb E. Mason

Governments Oral Motion to Dismiss Complaint - Granted, without prejudice.

Defendants Request to Dismiss Complaint With Prejudice- Withdrawn.

Abstract Order issued to U.S. Marshal as to this case only. Defendant still pending in criminal case #08cr2123-JLS.

Date:  08/21/08

END OF FORM                                            by  /s/ MM